# EXHIBIT 1

| | |
|---|---|
| **From:** | Jason |
| **Sent:** | Wednesday, February 3, 2010 6:49 PM EST |
| **To:** | Sarah@postcardmania.com |
| **Subject:** | RE: email to our brokers |

hey sarah, its been a while, i'm just checking in.  We actually started a similar program with other direct mail companies and its going really really well.  I think now would be a really great time to really get this going.  let me know

**From:** Sarah Payson [mailto:Sarah@postcardmania.com]
**Sent:** Monday, September 28, 2009 11:07 AM
**To:** Jason
**Subject:** RE: email to our brokers

Hi Jason,

We played around with the design a bit and what we're running into is that if we use 25-50% of the card with All Star Title's info, it makes it confusing for the person receiving the card as they can't tell who the advertisement is from. We came up with a mockup with a smaller All Star Title logo so that it doesn't totally distract from the mortgage company's information. We also removed your phone number because we don't want people to call you instead of the mortgage company. Let me know what you think.

Sarah Payson  ::  VP Business Development :: PostcardMania ::

**From:** Jason [mailto:jason@allstartitleinc.com]
**Sent:** Tuesday, September 15, 2009 9:50 AM
**To:** Sarah Payson
**Subject:** RE: email to our brokers

yeah just the logo, our name, website, and phone number (use              ), and "Closings Anytime, Anywhere in all 50 States!"

Basically our section should be roughly equal to the % we're paying for.  So for the 50% mock up, our section should be close to 50% of the card, etc.

**From:** Sarah Payson [mailto:Sarah@postcardmania.com]
**Sent:** Monday, September 14, 2009 6:32 PM
**To:** Jason
**Subject:** RE: email to our brokers

Hey Jason,

The only other thing is that I need to mock up for the landing page what the mail piece would look like with your info on it. What info would you like on the mail piece? Your logo and what text?

Sarah Payson  ::  VP Business Development :: PostcardMania :: ▓▓▓▓▓▓▓▓

---

**From:** Jason [mailto:jason@allstartitleinc.com]
**Sent:** Friday, September 11, 2009 11:31 AM
**To:** Sarah Payson
**Subject:** RE: email to our brokers

hey, sorry I'm just getting back to you, I could've sworn I responded when you sent this last week!  sorry.  anyway, my revisions are below. Also, I think it might be good to include some information about us somewhere in there, I just didnt know where you wanted to put it.  Some of your clients might get this and think we can't handle their needs, so if we put something key points about us, I think that might help:

You can get this info from our mailer we have with you also:

Nationwide Service
 - Closings in all 50 states
24/7 Closings
 - We literally go anywhere, anytime
All Loan types - FHA, VA, Streamlines, Conventional
Application signings
On-Staff Attorneys


Let me know what you think and if you can send me a revision when you get it all together!
Thanks a lot

---

**From:** Sarah Payson [mailto:sarah@postcardmania.com]
**Sent:** Friday, September 04, 2009 3:23 PM
**To:** Jason
**Subject:** email to our brokers

Hi Jason,

Joy and I got together and here is what we came up with to find mortgage brokers for you to jv with on their marketing.

Let me know what you think!

Best,
Sarah Payson
PostcardMania
2005 Inc 500 Company

[sarah@postcardmania.com](mailto:sarah@postcardmania.com)

**Email**
Subject: All Star Title is not stupid but…

Hi First name,

All Star Title is not stupid but… they are giving away marketing dollars to mortgage brokers like you.

Here are the details. All Star Title wants new clients and wants to gain more exposure, and in order to do that they are offering to pay part of your joint postcard marketing cost, up to 50 %. In exchange for them covering part of the marketing expense, they ask that you include their logo and some basic information about them on your postcard. In exchange for All Star Title's marketing dollars, we at PostcardMania ask that you would send them all your title orders from these mailers.
If you're open to the idea of using someone new for your title needs, and you are interested in having All Star Title cover up to half of your postcard marketing expense, please click here for more information: landingpage link

Best,
Joy signature

**Landing Page:**
The amount of co-op dollars you can get depends on the amount of space provided for a bit of information about All Star Title on your card. [we will show two cards – one that gets 25% and one gets 50%]

Apply here for All Star Title to cover up to 50% of your postcard marketing costs:

Name
Company Name
Address
City State Zip
Phone
Email
Website

How many loans have you closed in the last 6 months?
Are you open to the idea of using a new title company?
What is important to you when choosing a title company?
Are you doing any marketing now? If so, please describe:

**Submit**

Thank you! Someone will be in touch within a couple of days to discuss the program with you.